**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:23–cr–00165 |
| | § | |
| Daniel Byrd | § | |

*DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ORDERED that:

1. MOTIONS will be filed by — May 11, 2023

2. RESPONSES will be filed by — May 22, 2023

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — May 15, 2023

4. PRETRIAL CONFERENCE is set for
   515 Rusk, Courtroom 11A, 11th Floor, Houston, Texas — May 15, 2023 at 10:00 AM

5. JURY TRIAL set for — May 22, 2023 at 01:30 PM

6. Speedy trial limits waived? (yes/no) — Yes

7. Estimated Trial Time: — 4 days

Direct questions about this schedule to Cynthia Horace, Case Manager to U.S. District Judge Kenneth M. Hoyt, at Cynthia_Horace@txs.uscourts.gov, 713-250-5515.

SIGNED on April 21, 2023, at Houston, Texas.

Peter Bray
United States Magistrate Judge